IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HOMESTEAD COUNTRY CLUB, ) | Case No. 14-21966-11 |
| ) | |
| Debtor. ) | |
| ) | |

**MOTION FOR ORDER
AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL
AND OTHER DISBURSEMENTS**

COMES NOW Homestead Country Club, the Debtor and Debtor-in-possession herein, by and through counsel, Colin N. Gotham of Evans & Mullinix, P.A., and, submits this Motion, pursuant to which the Debtor seeks Court approval and ratification of payments tendered for payment of Pre-Petition Payroll and other necessary expenses. In support of this Motion the Debtor represents the following:

1. The Debtor seeks permission to pay the wages for pre-petition payroll.

2. The Debtor asserts that these payments are necessary to the ongoing operations and in the best interest of the creditors in order to induce these individuals to continue to assist the Debtor.

3. On the Petition Date the Debtor employs approximately 70 - 80 persons based on seasonal fluctuations. The Debtor usually issues its payroll checks bi-monthly. Thus, on August 15, 2014, the Debtor issued checks for the work week beginning on July 26, 2014, and ending on August 10, 2014.

00633602

4. The Debtor is scheduled to issue payroll checks on August 29, 2014, for the August 11 – 25, 2014 pay period ("the August 29th payroll") in the approximate amount of $48,000.00.

5. The August 29, 2014, payroll will consist of a portion of pre-petition payroll. The Debtor does not have the exact total of the August 29, 2014, payroll, but believes it will be approximately $48,000.00.

6. The Debtor's employees are primarily hourly wage-earners. These employees rely on their paychecks to make ends meet and can ill afford to lose the income from any paycheck. Therefore, the Debtor shall issue the normal paychecks, notwithstanding the fact that they encompass a portion of Pre-Petition periods.

7. The Debtor asserts that these payments, albeit for a portion of Pre-Petition Periods, benefited primarily employees and were necessary to the ongoing operations.

8. Debtor also requests authorization to pay all related taxes and other payments associated with the August 29, 2014 payroll.

WHEREFORE, the Debtor requests entry of this Court's Order authorizing, to the Petition Date, the payroll disbursements described herein and granting such other and further relief as the court deems just and proper in the premises.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO#52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (FAX)
cgotham@emlawkc.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2014, a true and correct copy of the Motion was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the Motion were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

TTC, LLC
11551 Ash Street
Suite 200
Leawood KS 66211

Robert W. Tormohlen
Lewis, Rice & Fingersh, L.C.
1010 Walnut, Suite 500
Kansas City, Missouri 64106

                                          *s/ Colin N. Gotham*
                                          Colin N. Gotham